IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

     vs.                        4:11CR00155-01-WRW

SHALENE COLLEEN LOREY

<u>ORDER</u>

Pending is the Government's Motion to Dismiss Indictment as to the defendant Shalene Colleen Lorey (doc #11).  The Motion is GRANTED.  The Indictment is dismissed as to the defendant, Shalene Colleen Lorey.

IT IS SO ORDERED this 14th day of September, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd